**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br>        Petitioner,<br>vs.<br>Bashas', Inc.<br>        Respondent. | No. CIV 09-0209-PHX-RCB<br><br>ORDER to SHOW CAUSE |

    The Equal Employment Opportunity Commission ("EEOC") has filed a renewed Application for an Order to Show Cause why an administrative subpoena should not be enforced. The EEOC served subpoena No. PHX-08-24 on Bashas' Inc. pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-8(a) and § 2000e-9. The Commission having duly served the subpoena upon the Respondent, and the Respondent having failed to comply within the period designated in the subpoena,

    IT IS HEREBY ORDERED that Respondent appear on the 18th day of October, 2010, at 10:00 a.m. in Courtroom 606, United States Courthouse, 401 W. Washington St, Phoenix, Arizona 85003, and show cause why they should not be compelled to comply with the subpoena issued to them;

1    IT IS FURTHER ORDERED that the Respondents be served with a copy of this
2 Order to Show Cause on or before the 8th day of September, 2010; and
3 IT IS FURTHER ORDERED that the Respondents file and serve their answer to the
4 Application no later than the 8th day of October, 2010.

        DATED this 31st day of August, 2010,

        _____
        Robert C. Broomfield
        Senior United States District Judge

Copies to all counsel of record